**VAN–099** Order Continuing Confirmation Hearing – Rev. 03/12/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:  
Elizabeth R McCorkle  
 *( debtor has no known aliases )*  
240 Hibiscus Way  
Wilmington, NC 28412  

CASE NO.: 19–00101–5–SWH  

DATE FILED: January 10, 2019  

CHAPTER: 13  

ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE:     Wednesday, April 17, 2019  
TIME:     10:30 AM  
PLACE:    New Hanover County Public Library, 1241–A Military Cutoff Rd, Oleander Room, Wilmington, NC 28405

 The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: March 25, 2019

Stephani W. Humrickhouse  
United States Bankruptcy Judge